

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,805-01

**IN RE RICKY LYNN JONES, Relator**

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 04-03-01819 IN THE 410TH DISTRICT COURT
### FROM MONTGOMERY COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he wrote to the Montgomery County District Clerk requesting an estimate of costs for copies of his trial transcripts, but has received no estimate for the cost of his records. *In re Bonilla*, 424 S.W.3d 528 (Tex. Crim. App. 2014).

In these circumstances, additional facts are needed. Respondent, the District Clerk of Montgomery County, is ordered to file a response stating whether she received a request from the Relator for a statement of costs for his trial records. If the District Clerk received such a request, she shall state the nature of her response and, if available, provide a copy of the response. If the District

Clerk received such a request and did not respond, she shall provide her rationale for not responding. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: June 12, 2019

Do not publish